**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6633**

_____

DWAYNE LEONARD FAULKNER,

Plaintiff - Appellant,

v.

D. TORRES, Police Officer; JANE DOE, Police Officer,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:25-cv-01057-MSN-WBP)

_____

Submitted:  December 23, 2025                    Decided:  December 31, 2025

_____

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Dwayne Leonard Faulkner, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Leonard Faulkner appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1). We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Faulkner v. Torres*, No. 1:25-cv-01057-MSN-WBP (E.D. Va. June 30, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*